IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00511-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AUGUSTINE EMMANUEL UWANDU,

    Defendant.

---

## ORDER SETTING TRIAL DATES AND DEADLINES
---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **February 23, 2007** and responses to these motions shall be filed by **March 5, 2007**. It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **Friday, March 9, 2007 at 8:15 a.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

    FURTHER ORDERED that a five-day jury trial is set for **Monday, March 19, 2007 at 1:30 p.m.**

    DATED: February 9, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge