IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Case No. 06-cr-00511-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AUGUSTINE EMMANUEL UWANDU,

    Defendant.

---

**ORDER GRANTING DISCLOSURE OF GRAND JURY MATERIAL**

---

This matter is before the Court on Plaintiff's Motion to Disclose Grand Jury Material To Defendant (Dkt. # 22), pursuant to F.R.Crim.P. 6(e)(3)(E)(I) and (F).

Having reviewed the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same, and it is therefore ORDERED that the government's motion is granted, and that grand jury testimony and grand jury documents may be disclosed to defendant and his attorney in the course of discovery in this case.

IT IS FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to defendant and his attorney; that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same.

DATED:  March 1, 2007        BY THE COURT:

                                    *s/ Phillip S. Figa*
                                    _____
                                    Phillip S. Figa
                                    United States District