UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00511-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

AUGUSTINE EMMANUEL UWANDU,

       Defendant.

## ORDER CHANGING PLACE OF HEARING

On March 23, 2007 this case was reassigned to the undersigned.

**IT IS THEREFORE ORDERED** that the Motions Hearing scheduled for April 12, 2007 at 3:00 p.m. in Courtroom A602 will now take place in **Courtroom A901** in the United States District Court for the District of Colorado, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 23rd day of March, 2007

                                               **BY THE COURT:**

                                               *Marcia S. Krieger* (signature)

                                               Marcia S. Krieger
                                             United States District Judge