UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00511-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AUGUSTINE EMMANUEL UWANDU,

    Defendant.

## ORDER RESETTING HEARING

**IT IS ORDERED** that the hearing set for May 16, 2007 at 4:30 p.m. is **RESET** to May 18, 2007 at 11:00 a.m.

Dated this 9th day of May, 2007

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge