IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00511-MSK-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AUGUSTINE EMMANUEL UWANDU,

    Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

On November 21, 2008, the probation officer submitted a petition for early termination of probation in this case. On November 21, 2008, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on November 21, 2008, and the United States has no objection to the proposed relief. Accordingly, it is

**ORDERED** that the defendant be discharged from probation and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 30th day of December, 2008.

                                                **BY THE COURT:**

                                                *(signature)*

                                                Marcia S. Krieger
                                                United States District Judge